Jayson M. Lorenzo, Esq. SBN 216973
Ryan J. Altomare, Esq. SBN 306581
J. Lorenzo Law
2292 Faraday Ave., Ste. 100
Carlsbad, CA 92008
Tel. (760) 560-2515
Fax (760) 520-7900

Attorneys for Plaintiff,
SEAN FARRELL

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FARRELL,<br><br>    Plaintiff,<br><br> vs.<br><br><br>MANSCAPED, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. **'21 CV0443 WQHMDD**<br><br>**COMPLAINT FOR:**<br><br>**1. COPYRIGHT INFRINGEMENT**<br><br>**2. BREACH OF IMPLIED-IN-FACT CONTRACT;**<br><br>**3. MISAPPROPRIATION OF TRADE SECRETS IN VIOLATION OF THE CALIFORNIA UNIFORM TRADE SECRET ACT ("CUTSA");**<br><br>JURY TRIAL DEMANDED |

   Plaintiff, SEAN FARRELL, hereby alleges the following:

/ / /

/ / /

/ / /

## JURISDICTION AND VENUE

1.      This is an action for copyright infringement, breach of an implied-in-fact contract, and misappropriation of trade secrets.

2.      This claim for copyright infringement arises under The Copyright Act, 17 U.S.C. § 501, et. seq.

3.      The claims for breach of implied-in-fact contract and misappropriation of trade secrets arise under California state law.

4.      The jurisdiction of this Court over this action is conferred by 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

5.      This Court has personal jurisdiction over Defendant MANSCAPED, INC. ("MANSCAPED") in this action because MANSCAPED has a principal place of business in this district, located at 10054 Old Grove Road, San Diego, CA 92131.

6.      Venue is proper under 28 U.S.C § 1391(b)(1) because MANSCAPED resides and can be found within this District.

## PARTIES TO THE ACTION

7.      Plaintiff SEAN FARRELL ("Plaintiff") is an individual residing in Encinitas, California.

8.      At all material times herein alleged, Defendant MANSCAPED was and continues to be a Delaware corporation with its principal place of business located in San Diego, California.

9.      Plaintiff is unaware of the true identity, nature and capacity of each of the Defendants designated herein as a DOE. Plaintiff is informed and believes and thereon alleges that each of the Defendants designated herein as a DOE is in some manner responsible for the damages and injuries as are alleged in this complaint. Upon learning the true identity, nature and capacity of the DOE Defendants, Plaintiff will amend this complaint to allege their true names and capacities.

COMPLAINT FOR DAMAGES

10.   Plaintiff is informed and believes and thereon alleges that at all material times herein alleged that the Defendants, and each of them, were the agents, servants and employees of the other Defendants, and each of them.

## FIRST CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT

11.   Plaintiff hereby incorporates the foregoing paragraphs 1 through 10 by reference as if fully stated herein.

12.   Plaintiff is the owner and creator of certain textual, graphical and marketing works entitled "Email to Manscaped," and "TRIM App Deck."

13.   Plaintiff filed an application for copyright registration in the United States Copyright Office for the "Email to Manscaped" textual work and was granted a registration on June 3, 2020, with the following registration number: TX0008888037.

14.   Plaintiff also filed an application for copyright registration in the United States Copyright Office for the "TRIM App Deck" textual and graphical work and was granted a registration on June 3, 2020, with the following registration number: TX0008917988.

15.   On or around February 20, 2020, Plaintiff applied for a position of employment at MANSCAPED.

16.   In response to Plaintiff's application, MANSCAPED contacted Plaintiff to setup a phone interview.  After the interview, Plaintiff was asked to submit additional materials in consideration for the potential position of employment.

17.   Specifically, MANSCAPED, through its Director of Social Media, asked Plaintiff to do as follows:

"Create 3 sample posts for our MANSCAPED Ballers Facebook Group. This group has about 1,000 of our most loyal customers. Our goal with this group is to personify our brand and continue to foster brand loyalty. This is pretty open ended, so draft up anything you think would be engaging, fun and/or educational for our biggest brand champions.

(Note: the group is closed, I'd prefer you **NOT** join the group so you're not influenced/inspired by anything we're currently doing);" and

"Create an organic social media strategy for a MANSCAPED Father's Day campaign. What social media channels and tactics would you activate and why?  What would the timing be for each tactic? Assume we can create all content in house (photo, video, graphics, etc.) and can tap into our influencer network if needed."  A  true  and correct copy of the task is attached hereto as **Exhibit A.**

18.    In response, Plaintiff created a marketing and social media work through his textual and visual art entitled "TRIM App Deck," and shared the work with MANSCAPED, submitting it to MANSCAPED via email on March 3, 2020, thereby giving MANSCAPED access to the work.

19.    The "TRIM App Deck" features four pages of text and images documenting the April Fool's application created by Plaintiff.

20.    The second page of the deck features an image of a cell phone showcasing the homepage for the fake application. The homepage features an image of a man and woman riding a bicycle with surrounding text which reads as follows:

"THE NEW APP FOR MEETING NEW PEOPLE – WHO ARE CLEAN CUT BELOW THE BELT. WE ENSURE YOU MEET A MATCH THAT ALSO BELIEVES IN A CLEAN CUT LIFESTYLE."

"TRIM IS A SIMPLE & FUN TO USE! WE MATCH YOUR PROFILE WITH POTENTIAL PROSPECTS – WHEN YOU BOTH SHOW INTEREST – WE SEND YOU AN ALERT WITH A NEW MATCH!"

"SIGN UP NOW TO MEET YOUR TRIM MATCHES TODAY!"

21.    The third page of the deck features three images of three different cell phones showcasing three different advertisements that could be made by MANSCAPED's social media platforms showcasing the fake application. The three different images feature the following text, in order if images from left to right:

"DOWNLOAD FROM THE APP STORE NOW"

"THE NEW DATING APP FOR THE CLEAN CUT CULTURE;" and

"TRIM EXCLUSIVE DATING APP NOW AVAILABLE"

A true and correct copy of the entire deck submitted is attached hereto as **Exhibit B.**

22.     Along with Plaintiff's submission, Plaintiff sent MANSCAPED an email noting as follows:

"I thought it would be fun to create a "Fake App" for an April Fool's promotion – that will be promoted by the Facebook Ballers Group.

"This accomplishes a few things, besides the obvious boost in awareness through organic marketing: it will serve as an April Fools style joke that will only be acknowledged as a joke to the public, after the promotion. It also gives the Ballers Group a sense of pride – that they will be "in" on the joke before the public. Also I feel the members of the group will feel an extra sense of responsibility, as they are being asked to be our marketing team for this promotion."

"The deck attached describes the high level idea of creating content for the Ballers to distribute. This could be paired with an actual website about the fake app "TRIM" – which you will learn about in the deck." A true and correct copy of the email is attached hereto as **Exhibit C.**

23.     Following the submission, MANSCAPED personally interviewed Plaintiff for the position of Social Media Manager and asked Plaintiff in greater detail about the "Fake App" promotion. Then, approximately one week later, Plaintiff was advised by MANSCAPED that he was not being offered a position of employment with the company.

24.     However, on April 1, 2020, April Fool's Day, MANSCAPED distributed an internet post across its social media platforms, including Twitter, Facebook, Instagram, and Linkedin, which depicted an image of a cellular phone showcasing a fake dating mobile application catering to matching people based on the person's personal grooming habits, stating "A Dating App Brought To You By MANSCAPED. Meet the match you've always wished for based on the grooming habits that matter most to you."

COMPLAINT FOR DAMAGES

25.    The internet post is substantially similar to Plaintiff's "Email to Manscaped" and "TRIM App Deck" copyrighted works, and features the same protectable elements of Plaintiff's works, including but not limited to the plot, themes, mood, sequence of events, image of a cell phone showcasing an image of a fake dating app, a fake dating app catering to matching people based on person's personal grooming habits, expressive textual elements of Plaintiff's works which encourage people to meet others who are also clean cut, by downloading the app, and the execution and expression of Plaintiff's works through posting it in April 1, as an April Fool's Day joke, all of which was discussed with and provided to MANSCAPED.

26.    MANSCAPED has infringed Plaintiff's copyrights in the ""Email to Manscaped" and "TRIM App Deck" textual works in violation of the Copyright Act, 17 U.S.C. §§ 106 and 501, by reproducing a substantially similar copies of Plaintiff's expressive works through MANSCAPED's social media internet post without the consent, approval or license of Plaintiff, and by distributing, displaying and copying the material publicly online and through social media without the consent, approval or license of Plaintiff.

27.    MANSCAPED's acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to Plaintiff's rights.

28.    As a direct and proximate result of said infringement by MANSCAPED, Plaintiff is entitled to damages in an amount to be proven at trial.

29.    Plaintiff is also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of and a constructive trust with respect to such profits.

30.    Plaintiff is further entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

/ / /

/ / /

/ / /

## SECOND CLAIM FOR RELIEF
## BREACH OF IMPLIED-IN-FACT CONTRACT

31.     Plaintiff hereby incorporates the foregoing paragraphs 1 through 30 by reference as if fully stated herein.

32.     On or about February 26, 2020, Plaintiff and Defendant MANSCAPED entered into an implied-in-fact oral contract for the purchase and sale of Plaintiff's marketing campaign for an April Fool's social media post.

33.     The implied-in-fact contract provided that in exchange for providing MANSCAPED with the marketing campaign materials, Plaintiff would either be offered a position of employment at MANSCAPED or would receive reasonable compensation for the value of services provided and not have his materials taken and used for free.

34.     Following the execution of the contract, Plaintiff provided Defendant with a marketing deck and an email describing the execution of the specific social media strategy for an April Fool's Day social media post, including a fake mobile phone dating application, the dating application catering to matching people based on the person's personal grooming habits, and launching the campaign on April 1, 2020 as an April Fool's joke. Plaintiff's work was submitted through a deck and an email further explaining the social media post. A true and correct copy of the "TRIM App Deck" and "Email to Manscaped" provided to Defendant are attached hereto as Exhibit B and Exhibit C, respectively.

35.     Following Plaintiff's submission of the marketing campaign materials to MANSCAPED, MANSCAPED used the marketing campaign without consent or providing any compensation to Plaintiff.

36.     Defendant MANSCAPED thereafter breached said implied-in-fact agreement by failing to compensate Plaintiff for the services and materials provided, and subsequently using the materials in its own April Fool's Day social media post.

37.     As a result of Defendant MANSCAPED's breach, Plaintiff has been injured in an amount to be proven at trial.

### THIRD CLAIM FOR RELIEF

### MISAPPROPRIATION OF TRADE SECRETS IN VIOLATION OF THE CALIFORNIA UNIFORM TRADE SECRET ACT ("CUTSA");

38.    Plaintiff hereby incorporates by reference as though fully set forth herein the allegations of paragraphs 1 through 37 to the extent the allegations are not inconsistent with this cause of action.

39.    Plaintiff at all times mentioned herein was the owner of the following trade secret:

A marketing campaign including but not limited to a combination of:

    a.    A fake dating mobile application;

    b.    The fake dating application specifically caters to matching people based on the person's personal grooming habits;

    c.    The execution of the campaign on or around April 1, 2020, as part of an April's Fool's Day joke.

    d.    Textual and graphic works in connection with fake app and execution of the campaign

40.    At all times mentioned herein, Plaintiff took reasonable measures to protect the confidentiality of the above trade secret, including marking the material submitted to MANSCAPED as "CONFIDENTIAL" and only sharing it with MANSCAPED and no one else prior to MANSCAPED's misappropriation as alleged herein.

41.    Despite receiving this confidential trade secret information, Defendant MANSCAPED improperly used and/or misappropriated the trade secret of Plaintiff when it used the trade secret to develop the same marketing campaign on or around April 1, 2020 without Plaintiff's approval or consent.

42.    As a result of MANSCAPED's misappropriation, Plaintiff has sustained damages and/or MANSCAPED has been unjustly enriched.

43.     MANSCAPED's use of the trade secret was a substantial factor in causing Plaintiff's damages and MANSCAPED's unjust enrichment in an amount to be proven at trial.

44.     MANSCAPED's misappropriation of Plaintiff's trade secret was conducted maliciously and in willful disregard of Plaintiff's rights, thus entitling Plaintiff to an award of exemplary damages and reasonable attorney's fees and costs pursuant to Cal. Civ. Code § 3426.3(c) and Cal. Civ. Code § 3426.4

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant MANSCAPED as follows:

A.     That, pursuant to 17 U.S.C. § 504(b), Defendant be required to pay to the Plaintiff, such actual damages as the Plaintiff may have sustained in consequence of Defendants' infringement and all profits of Defendants that are attributable to the infringement of Plaintiff's copyrights

B.     That, pursuant to 17 U.S.C. § 504(c)(1), Defendants by required to pay an award of statutory damages in a sum of not less than $30,000.00 should this statutory remedy be elected.

C.     That, the Court finds that Defendants' conduct was committed willfully. That, pursuant to 17 U.S.C. § 504(c)(2), Defendants be required to pay an award of increased statutory damages in a sum of not less than $150,000.00 for willful infringement should this statutory remedy be elected.

D.     That, pursuant to 17 U.S.C. § 505, Defendants be required to pay the Plaintiff's full costs in this action and reasonable attorney's fees to Plaintiff's attorney.

E.     General damages in an amount to be proven at trial;

F.     Special damages in an amount to be proven at trial;

G.      That pursuant to Cal. Civ. Code § 3426.3(a) damages for the actual loss caused by the misappropriation of trade secrets and/or, the unjust enrichment caused by misappropriation;

H.      That pursuant to Cal. Civ. Code § 3426.3(c), an award of exemplary damages in an amount not to exceed twice any damages.

I.      Plaintiff's reasonable attorney's fees and costs pursuant to Civ. Code § 3426.4

J.      An award of prejudgment interest;

K.      An award for such other and further relief as the Court of this case deems just, equitable and proper.

Dated: March 12, 2021                                J. LORENZO LAW


                                                By: _/s/ Ryan J. Altomare____
                                                    Jayson M. Lorenzo.
                                                    Ryan J. Altomare,
                                                    Attorneys for Plaintiff

# Exhibit A

On Wed, Feb 26, 2020 at 10:11 AM Tyler Wentworth <tyler@manscaped.com> wrote:

Hi Sean!

We really enjoyed learning more about your experience and skillset during our discussion. We'd like to move forward with having you complete two small assignments for us in order to get a sense of your strategic social capabilities and creativity.

Please send me the following deliverables via email by end of day Tuesday, March 3rd.

- Create 3 sample posts for our MANSCAPED Ballers Facebook Group. This group has about 1,000 of our most loyal customers. Our goal with this group is to personify our brand and continue to foster brand loyalty. This is pretty open ended, so draft up anything you think would be engaging, fun and/or educational for our biggest brand champions. (Note: the group is closed, I'd prefer you **NOT** join the group so you're not influenced/inspired by anything we're currently doing)
- Create an organic social media strategy for a MANSCAPED Father's Day campaign. What social media channels and tactics would you activate and why? What would the timing be for each tactic? Assume we can create all content in house (photo, video, graphics, etc.) and can tap into our influencer network if needed.

These two projects can be delivered in any format you prefer. Let me know if you need clarification an any points outlined here or if you need accommodations for the proposed timeline. These are both hypothetical scenarios, so let your creativity fly.

I'm stoked to see what you come up with!

I'm stoked to see what you come up with!

Best,

**Tyler Wentworth**

Director of Social Media at MANSCAPED, Inc.

**P:**  (563) 650-9972
**E:**  tyler@manscaped.com
**W:**  www.manscaped.com

# Exhibit B













3 EXAMPLE POSTS

MANSCAPED

THANK YOU

PLEASE POST ANY QUESTIONS, COMMENTS, ETC.

WITHIN THE FACEBOOK GROUP

Exhibit C

From: **Sean Farrell** <mrfarrell@gmail.com>
Date: Tue, Mar 3, 2020 at 4:32 PM
Subject: Re: MANSCAPED Social Media Manager
To: Tyler Wentworth <tyler@manscaped.com>

Hi Tyler,

Thanks again for your time, it has been an absolute blast thinking of creative ideas for this and putting together what I came up with.

**For the first assignment** - I thought it would be fun to create a "Fake App" for an April Fool's promotion - that will be promoted by the Facebook Ballers Group.

This accomplishes a few things, besides the obvious boost in awareness through organic marketing: it will serve as an April Fools style joke that will only be acknowledged as a joke to the public, after the promotion. It also gives the Ballers Group a sense of pride - that they will be "in" on the joke before the public. Also I feel the members of the group will feel an extra sense of responsibility, as they are being asked to be our marketing team for this promotion.

The deck attached describes the high level idea of creating content for the Ballers to distribute. This could be paired with an actual website about the fake app "TRIM" - which you will learn about in the deck.

**For the second assignment** - I wanted to show you a different style marketing brief - which when compared to the first assignment's deck, is more bland and wordy instead of graphic based. This brief is an example of the high level overview of a campaign idea.

I also needed to do a bit of research on MANSCAPED for the campaign, which is included in the marketing brief. There were some research specifics that I could not find publicly so I either took my best guess, or just used an "X" for certain numbers.

Usually I am in person presenting campaigns, so if there is anything that is not clear - I am open to jump on a call and go through the deck & marketing brief with you.

If I can provide you with anything more, do not hesitate to reach out, please.

All the best,
Sean